IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARDA LE'JARDUN MULLINS                                                                PLAINTIFF

v.                                            Case No. 1:24-cv-01080

ASST. JAIL ADMIN MICKY
STERNISHA; CHIEF OF POLICE
JERRY MANESS; and JAIL ADMIN
GEAN SEIGER                                                                             DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 30, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14). Judge Bryant recommends that: (1) Plaintiff's retaliation claim against Defendant Chief of Police Jerry Maness ("Defendant Maness") in his individual capacity proceed; (2) Defendants Asst. Jail Admin Micky Sternisha ("Defendant Sternisha") and Jail Admin Gean Seiger ("Defendant Seiger") be dismissed without prejudice from this matter; and (3) all other claims against Defendant Maness be dismissed for failure to state a claim under 28 U.S.C. § 1915A(b)(1).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*. Accordingly, the Court finds that (1) Plaintiff's retaliation claim against Defendant Maness in his personal capacity may **PROCEED**; (2) all other claims against Defendant Maness are hereby **DISMISSED WITHOUT PREJUDICE**; (3) all claims against Defendant Sternisha and Defendant Seiger are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge